UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY L. HOLLOWAY,             No. C-07-1686 SBA (NJV)

         Plaintiff,

         v.                            **NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE**

C.COHEN, *et al.*,

         Defendants.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Settlement Conference is scheduled for **November 30, 2007, at 11:00 a.m.,** Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference. Parties with the person or persons having full authority to negotiate and to settle the case shall be present or be available on telephone standby.

The parties shall notify Magistrate Judge Vadas' secretary, Gloria Masterson, **immediately** at (707) 445-3612 if this case settles prior to the date set for Settlement Conference.

IT IS SO ORDERED.

Dated: October 19, 2007

                                             NANDOR J. VADAS
                                             United States Magistrate Judge