**RECEIVED**

OCT 19 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
2007 NOV -9 PM 5: 28
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**FILED**

NOV 9 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY L. HOLLOWAY, <br><br> Plaintiff, <br><br> v. <br><br> C. COHEN; W.R. GARNER; G. LEWIS; R. BOLES; J. HUGHES; J. TOVAR; R. OLEYER; G. HARRIS, <br><br> Defendant. | C 00-20644 JW PVT (PR) <br><br> [PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF JEFFREY HOLLOWAY, CDCR No. H-75604 |

Plaintiff, **JEFFREY HOLLOWAY, CDCR No. H-75604**, a necessary and material witness in proceedings in this case **beginning on November 30, 2007, at 11:00 a.m.**, is confined at the Richard J. Donovan Correctional Facility in the custody of the Warden Robert Hernandez. In order to secure this inmate's attendance at the settlement conference scheduled for November 30, 2007 in Courtroom C of the United States District Court for the Northern District of California, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Jeffrey Holloway, CDCR No. H-75604, to produce said inmate in **Courtroom C of the United States District Courthouse, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, the Honorable Nandor Vadas presiding, beginning on November 30, 2007, at 11:00 a.m.**

///

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum to Transport Inmate

*Holloway v. Cohen, et al.*
Case No. C 00-20644 JW

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testifcandum issue, under the seal of this court, commanding the Warden of the Richard J. Donovan Correctional Facility and the California Department of Corrections and Rehabilitation to produce inmate **Jeffrey Holloway, CDCR No. H-75604,** to testify in the United States District Court for the Northern District of California at the time and place above, until completion of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFCANDUM**

To: The Warden of Richard J. Donovan Correctional Facility,

**YOU ARE COMMANDED** to produce inmate **Jeffrey Holloway, CDCR No. H-75604,** to testify in the United States District Court for the Northern District of California at the time and place above, until completion of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution.

**FURTHER,** you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: 10/22/07

The Honorable Nandor Vadas
United States Magistrate Judge

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum to Transport Inmate

*Holloway v. Cohen, et al.*
Case No. C 00-20644 JW

2

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

HOLLOWAY,

v.

COHEN
_____/

No. C 00-20644 JW

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Records Department
California State Prison San Quentin
1 Main Street
San Quentin, CA 94964

Records Department
RJ Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

RICHARD W. WIEKING, CLERK

By: _____
Deputy Clerk