IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY L. HOLLOWAY,<br><br>    Plaintiff,<br><br>    v<br><br>C. COHEN et al.,<br><br>    Defendants. | Case No C 00-20644 JW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on November 30, 2007. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General

☒ Other: California Department of Corrections and Rehabilitation and Conflict Counsel, Eugene Elliott

1
2  (2)  The following individuals, parties, and/or representatives did not appear:
3  (3)  The outcome of the proceeding was:
4       ☐ The case has been completely settled.
5       ☐ The case has been partially resolved and, on or before
6  _____, counsel for defendants shall file a joint stipulation specifying
7  those claims which have been resolved and those that remain to be resolved by the Court.
8       ☐ The parties agree to an additional follow up settlement on _____.
9       ☒ The parties are unable to reach an agreement at this time. The matter is
10 continued for further settlement conference to January 4, 2008 at 11:00 a.m. 450 Golden
11 Gate Avenue, San Francisco, CA 94102, Courtroom E, 15th Floor. California Department of
12 Corrections and Rehabilitation to arrange and facilitate transport of Plaintiff.

Date: 12/5/07

_____
Nandor J Vadas
United States Magistrate Judge

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 | UNITED STATES DISTRICT COURT |
| 6 | NORTHERN DISTRICT OF CALIFORNIA |

| HOLLOWAY | No. C 00-20644 |
|---|---|
| v. | CERTIFICATE OF SERVICE |
| COHEN | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/5/07, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Jeffrey L. Holloway**
H-75604
R.J. Donovan Correctional Facility at Rock Mountain (RJD)
P. O. Box 799003
San Diego, Ca 92179-9003

RICHARD W. WIEKING, CLERK

By: /s/_____
        Deputy Clerk

3