United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY L. HOLLOWAY,<br><br>    Plaintiff,<br><br>v<br><br>C. COHEN et al.<br><br>    Defendants. | Case No C 00-20644 JW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on February 13, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☐ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General

☒ Other: Eugene Burton Elliot and Gregory McDonald

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date: February 19, 2008

_____
Nandor J Vadas
United States Magistrate Judge