1  Gregory D. McDonald, Esq. 83779.
   12 South First Street, Suite 1014
2  San Jose, California 95113-2403
   Telephone Number: (408) 971-6666
3  Facsimile Number: (408) 971-6686

4

   Attorney for Plaintiff
5  Jeffrey L. Holloway



IT IS SO ORDERED

Judge James Ware

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY L. HOLLOWAY, | Case No. C00-20644-JW-PVT |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| C. COHEN; W.R. GARNER; G. LEWIS; R. BOLES; J HUGHES; J. TOVAR; R. OLEYER; G. HARRIS, | Fed. R. Civ. P. 41(a)(1) |
| Defendants. | |

WITNESSETH:

Whereas, The dispute between the parties has been settled by execution of a formal Settlement Agreement and Mutual Release, which incorporates terms providing for the payment of the consideration for the Settlement to Attorney Janis L. Jasmine, said consideration to be held in trust for the Plaintiff and the Plaintiff has prepared a Payee Data Record as requested in conjunction with the receipt of the said consideration; and

Whereas, the Office of the Attorney General, through the Deputy Attorney General assigned has agreed to forward the said consideration as set forth in the Settlement Agreement as between the parties; and prior to signature hereon will forward the said consideration in accordance with the Settlement Agreement between the parties and the same will satisfy the monetary obligation of the Defendants as set forth in the Agreement;

-1-

Now Therefore, Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, Jeffrey L. Holloway and the Defendants herein, by and through their undersigned Counsel, Stipulate and Agree that this Case may be dismissed with Prejudice.

Dated: 2 JULY 2008

_____
Gregory D. McDonald, Esq.
Attorney for the Plaintiff

Dated: 7-9-08

_____
Eugene Elliot, Esq.
Attorney for Defendant William H. Faulkner

Dated: July 7, 2008

_____
Cynthia C. Fritz, Esq.
Deputy Attorney General
Attorneys for Defendants G. Harris, C. Cohen W.G. Garner, Gregory Lewis, Roy Boles, J. Hughes, Jaime Tovar and Russel T. Oleyer

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: December 16, 2008

_____
The Honorable James Ware
Judge of the District Court

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE                         Case No. C06-02233-JW-HRL

TOTAL P.03